UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN ARKIN,

    Plaintiff,

v.                                    CASE NO. 8:17-cv-1702-T-23MAP

SUMMIT DIAGNOSTICS, LLC,
et al.,

    Defendants.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 11) of dismissal, this action is

**DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on October 2, 2017.

*(signature)*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE